IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

- - - - - - - - - - - - - - - :
JEFFREY S. HODGES,              :
TOMMY LEE BONDS and             :
JOHN PAUL SPANGLER,             :
                           Civil Action No.

     Plaintiffs        :   7:12cv00362

vs.                             :

FEDERAL-MOGUL CORPORATION,  :
et al,                          :

     Defendants         :
- - - - - - - - - - - - - - - :

                         November 12, 2013
                         9:30 a.m.

DEPOSITION OF:

PATRICK J. MCGINLEY

CENTRAL VIRGINIA REPORTERS, LLC
P.O. BOX 12628
ROANOKE, VA 24027
(540)380-5017

```
 1          A      I don't know.

 2          Q      Who pays your bills?

 3          A      I don't know.  I don't do bills.  I do

 4     the hours and Patti, young lady in my office, sends

 5     the bills to Brent, and somebody sends us a check.  I

 6     don't see the check or have anything to do with that,

 7     so I don't know.

 8          Q      Are they paying you?

 9          A      Absolutely.

10          Q      And is that the file that you have over

11     there --

12          A      It is, sir.

13          Q      -- case file?  Would that have

14     information on who paid?  Would that have invoice

15     information or anything like that?

16          A      It might have the invoices that would

17     say, such-and-such invoice went out, paid in full.

18     But it won't have a copy of the check or who sent a

19     check or whatever.  I have no idea.

20          Q      That's fine.  I might ask you to take a

21     look at the file a little bit later.

22          A      Sure.

23          Q      And I think you initially visited the

24     site on February 11; is that right?
```

26

```
 1          A       That's correct.

 2          Q       And that's of 2011?

 3          A       That's correct.

 4          Q       And just walk me through that first

 5     site inspection?

 6          A       Pretty much what I did, walk through.

 7     There were a number of people there.  It was a group

 8     examination as I recall.  And I was given the

 9     opportunity to walk through the interior of the

10     structure, observe some of the materials that had

11     been removed and were placed outside of the

12     structure.

13                  And I examined them and photographed

14     them, took a look at the layout, the destroyed bag

15     house, the surviving bag house, of course, and

16     generally familiarized myself with the structure and

17     the area.  Then get a feel for what was being said in

18     the various reports from the public sector, generated

19     reports that were available at that time.

20          Q       Do you recognize, when I say the back

21     draft damper, do you understand what that is?

22          A       Yes, sir.

23          Q       Did you get a look at the back draft

24     damper?
```

1          A       Sure.

2          Q       Did you take pictures of it?

3          A       I did.

4          Q       And to your knowledge was it intact

5    when you looked at it?

6          A       Intact to the extent that all of the

7    various components were there, but certainly I'm sure

8    it didn't look like it did before the explosion.  It

9    was misshapen shall we say.

10         Q       Uh-huh.  How long do you recall did

11   that site inspection take?

12         A       We were probably there for four or five

13   hours that day.

14         Q       And did you do any measurements,

15   calculations or anything of that sort while you were

16   there?

17         A       It wasn't any need for me to do that.

18         Q       You mentioned the public investigation.

19   Was the OSHA investigation going on at that time?

20         A       I don't know.  I had nothing to do with

21   that other than to read their finished product

22   document and the interviews that they took, etcetera.

23   I don't know what the time frame was on that, sir.

24         Q       But you did review the final report?

1    separated, if nobody was moving the material around

2    that day, this probably would not, this would not

3    have happened.

4         Q     So specifically it's the moving around

5    of the aluminum dust, the vacuuming, the removal of

6    part of the duct, those are the things that you

7    identify as contributing to the explosion.  Is that

8    right?  Is that fair?

9         A     Yeah, I think they contributed to the

10   creation of the atmosphere whereby this event could

11   occur.  It's like saying if this room was filled with

12   gas and you walked in and flipped the light switch

13   and the room blew up, you switched the light switch.

14              You were the one that turned the lights

15   on, but there wouldn't have been an explosion if you

16   didn't flip the light switch.  It's the same

17   classification as I see it, sir.

18        Q     Okay.  Have you ever turned down any

19   cases that Brent Brown brought to your attention?

20        A     I don't know.  I don't think so, but I

21   honestly don't know.

22        Q     Have you ever done work for Brent Brown

23   involving a dust cloud explosion prior to this?

24        A     No, sir.

1        Q       And trying to remember whether it was

2    you or Mr. Schloss.  Did you conduct any, personally

3    conduct any interviews?

4        A       I talked to a couple of the

5    employees.

6        Q       Do you remember who?

7        A       Over the telephone but I didn't sit

8    down and take an interview or record an interview or

9    anything.  I did talk to Mr. Hodges and I talked to

10   Mr. Collins, both on the telephone.

11       Q       Danny Collins?

12       A       Yes, sir, just general information

13   stuff.

14       Q       And you didn't speak with John

15   Spangler?

16       A       I don't recall speaking to

17   Mr. Spangler.  I might have.

18       Q       Do you recall speaking --

19       A       But I don't recall it.

20       Q       That's fine, and I apologize for

21   interrupting.

22       A       That's all right.

23       Q       Do you recall speaking with Tommy

24   Bonds?

```
 1            A     I do not, sir.

 2            Q     Do you have a list of all the documents

 3     that you reviewed in preparing your report?

 4            A     Yes.

 5            Q     And you have given it to us as part of

 6     your report?

 7            A     I have.

 8            Q     Are there any documents besides the

 9     ones listed here that you reviewed?

10            A     I'm going to ask you does that list

11     include all of the defendant's expert reports?

12            Q     It does not.

13            A     I got them.  I read all of them.  And I

14     must have received them after this.

15            Q     That's what I thought.  I think there

16     was also some timing with regard to some of the

17     depositions.  Did you read Ed Thompson's

18     deposition?

19            A     Who's he?

20            Q     He is the senior product manager for

21     LCM Corporation who was involved initially in

22     contracting with Federal-Mogul?

23            A     I might have read it but if I did, I

24     don't recall it.
```

```
 1    or whatever, you might want to get into ascertaining

 2    why it's inconsistent.  From the private sector

 3    perspective, I think if you have got clear, physical

 4    evidence that what the witness is saying they saw

 5    they didn't see, well, then you just alleviate it

 6    from the, it's still data, but it's inaccurate data

 7    and it does not get included your hypothesis.

 8         Q      So it doesn't serve then as a

 9    foundation for what you opine then?  Does that make

10    sense?

11         A      Yeah, that makes sense.

12         Q      It wasn't very well said.

13         A      I think you have to look at it on a

14    case by case basis.  You could get very accurate and

15    very inaccurate data from the same statement.  You

16    know, I have interviewed fire fighters, supposedly

17    trained observers, standing at a location looking at

18    an event.  Talk to the three of them separately, you

19    would think they were on different planets, much less

20    standing on the same corner looking at the same

21    thing.

22              Different people perceive things

23    differently and express it differently.  But absent

24    clear evidence of either attempted deception or just
```

```
 1    creates the exothermic or heat producing reaction.
 2    That was mentioned in all of the expert reports, all
 3    the defense expert reports.
 4              You know, it's a given that this
 5    material, these materials when they get blended, the
 6    resultant reaction will be exothermic, that would
 7    produce heat.  That's something that I knew.  So I
 8    didn't need a eureka moment for the heat source.
 9              I think that the, this report says
10    basically that this is a possibility.  It's a known
11    phenomenon that it will produce heat and that that
12    heat production can, when conditions are just right,
13    lead to a fire and/or explosion.  That's a fact.
14         Q    And what you have said in here is not
15    just that that is a thing that happens.  What you
16    have said is that this initial explosion occurred
17    within the bag house.  What testing did you do of
18    opinion number two?
19         A    I'm sorry?
20         Q    What testing did you do?  We talked
21    earlier about the scientific method.
22         A    Right.
23         Q    And how you develop, you gather data.
24    You evaluate the data.  You formulate a hypothesis
```

1    and you test the hypothesis?

2           A       Correct.

3           Q       Did you do any testing to try to

4    disprove opinion number two?

5           A       Yeah, I tested that opinion against the

6    data that was available and found nothing that was

7    inconsistent with it.

8           Q       So you --

9           A       You don't have to sit in a laboratory

10   and pour things from beaker to beaker to conduct

11   testing.  Comparative testing, etcetera, that is part

12   of the normal investigative process.  And I do that

13   all the time and did it in this case, sir.

14          Q       So when you say testing then, you're

15   really referring to you made this hypothesis and then

16   you looked at all the evidence again?

17          A       Sure.  It's a combative testing

18   process, not a physical testing process, but it is

19   testing nonetheless.

20          Q       And as a part of that testing process

21   you evaluated all the different sources of data that

22   you have listed here; is that right?

23          A       Sure.

24          Q       Why don't you just go through the

1    reasoning that supports opinion number two for me?

2        A        Well, I think the reasoning is

3    explained in opinion number two.  I think of all the

4    data that was collected as a result of the

5    investigation into this matter by all parties that

6    became part of this file, all of the data I believe

7    indicates that the initiated of the event occurred

8    outside the structure at the bag house.

9            I mentioned in there the rationale.  I

10   belief that the video of the incident from the

11   security camera, which wasn't really a video of the

12   incident, but it was a video of circumstances going

13   on at the moment that this occurred at that specific

14   location.  I think that that shows, in my opinion,

15   that the initial pop or the initial light burst,

16   etcetera, occurred outside the building, not inside

17   the building.

18           And there is only one eye witness,

19   which I mentioned in here, Mr. Hodges, who described

20   the event at two locations in his deposition, the

21   pages, etcetera, and lines are mentioned here, that

22   he saw the fire ball coming at him from beyond the

23   flame arrester or what he referred to as a flame

24   arrester, which puts it outside the building in the

```
 1    bag house.
 2              There was not one bit of data in any of
 3    the other documents reviewed that contradicted that.
 4    I mean I've read all the defense expert reports and
 5    they all discounted it.  But nobody listed a fact or
 6    a piece of evidence that justified the elimination of
 7    that information.  Why would you say the man didn't
 8    see what he saw?
 9              There wasn't any contradicted data
10    whatsoever produced, other than to say, ah, he didn't
11    see that so it didn't happen that way.  You have an
12    obligation to be a little more accurate than that,
13    sir.
14         Q    So you have mentioned two things --
15         A    Yes, sir.
16         Q    -- to my understanding?  And you have
17    done it in your report as well?
18         A    I have, sir.
19         Q    You say, one, you have got the video,
20    which you interpret to show that the initial
21    explosion happened in the bag house?
22         A    Outside the building.
23         Q    Outside the building.
24         A    And the only thing, to my knowledge,
```

```
 1      that exploded outside the building was the bag

 2      house.

 3             Q      Well, there is the vacuum truck too.

 4             A      Pardon me?

 5             Q      The vacuum truck.

 6             A      The vacuum truck did not explode, sir.

 7      The vacuum truck burned.  There was no explosion

 8      there.  I examined that truck.

 9             Q      And that was one of the things also

10      though that was outside and --

11             A      It was outside, but it didn't explode.

12      Like I said, what I saw in that flash, that was not a

13      truck burning a hundred feet away or whatever

14      distance it was.  That was an explosion that I saw.

15      And to my knowledge the only thing that exploded

16      outside of that building was the bag house.

17             Q      Okay.  So you have got the video clip

18      and you've got Jeff Hodges' testimony.  What else?

19             A      Of all of the data available, that was

20      it.  They were the primary things that were, in my

21      opinion, uncontroverted.  And, consequently, when

22      you're doing your origin and cause examination,

23      you're looking for origin first.  And there were two

24      specific, independent, in my opinion, pieces of data
```

1    that were uncontroverted that pointed to the event

2    initiating outside.

3              I didn't see anything, not in any of

4    the documents or any of the photos or, for that

5    matter, any of the reports that provided data points

6    that would make me change that opinion, because they

7    simply don't exist.

8        Q    And I'm just trying to get an

9    understanding of the foundation --

10       A    Sure.

11       Q    -- for opinion number two.  So is it

12   fair and correct to say that you base opinion number

13   two on the video and Jeff Hodges' testimony?

14       A    I base upon number two, which is

15   referring to origin of fire only, yes, sir, on those

16   two things primarily, and the fact that nothing else

17   contradicted it, that there was no other information

18   given by any witness or any other source that made

19   that information incorrect.

20       Q    If you take away the video clip --

21       A    Yeah.

22       Q    -- do you still come to the same

23   conclusion with regard to opinion number two?

24       A    Yeah, I think I would, sir.  I think I

1        Q       Can you draw what he described?

2        A       I think what he described basically was

3    a, he described what he could see, which was a

4    cylindrical-shaped mechanism.  And from looking

5    through the ductwork, that's all you're going to see.

6    And I believe it's my recollection that he described

7    the pivoting point as being at the diameter,

8    mid-point, pivoting point, indicating a rotating flap

9    situation.  That is not what the device was.  The

10   device was hinged at the top and held up from the

11   bottom by the accumulated debris or materials that

12   were in the arrester itself.

13              So I remember reading his description

14   and thinking, you know, this thing is rectangular or

15   square.  When I saw it laying on the ground, I

16   thought, he is looking through the pipe at it.  Yeah,

17   he is looking through something cylindrical.  He

18   thought that the flapper was cylindrical, because all

19   he could see was the circumferential picture of the

20   flap in whatever state it was in or position it was

21   in.

22              He was clearly mistaken about the pivot

23   point, but I think that his observation of making it

24   cylindrical legitimate in that it was the only thing

1   he could do.  It was all he could see was the

2   circular view of something that in the big picture

3   outside the building was of a different shape.

4       Q       Do you recall him saying that he could

5   see over the top of the flap?

6       A       I do.

7       Q       And how do you characterize that

8   testimony?

9       A       I believe you would have to ask him

10  that, but he could see beyond the flap.  Now, whether

11  he was seeing through the flap in a raised position

12  as a result of the top hinge, which is reality, or

13  how he managed to see by it.  At the time of his

14  deposition his deposition he said he saw over the top

15  of it.

16          He saw over the top of the pile of

17  accumulated material in the arrester.  But he surely

18  didn't see over the top of the flap with its hinged

19  portion.  However, if you, I don't know how long

20  Mr. Hodges was looking down that 14-inch pipe.

21      Q       I'm not asking you how long.

22      A       Which I described, by the way, as

23  12-inches.  I think everybody messed up the size of

24  that thing.  I understand it's 14.  But he described

1    neatly falling into a pile of equal dimension on all

2    sides.  That pile of debris could have been, you

3    know, like an EKG that one end of it was much higher

4    than the other and that's the part that's holding,

5    and there was a clear line of sight through there

6    simply because of the air movement, etcetera when the

7    duct was operating.

8            I mean who said, if we assume that it's

9    a nice, flat, even surface of debris and that the

10   flap is down on top of it, then what you're saying

11   would probably be true.  It would be very hard to see

12   by it.  But who could say that?  I mean there was

13   three inches of debris here there was and a half inch

14   of it here and there was four inches of it there.

15       Q    Sir.

16       A    There was clearly varying geometries in

17   the accumulated fines inside the ductwork and inside

18   the flash work, flame arrester, whatever.  So the man

19   said he could clearly see past it.  There is no

20   evidence offered by anyone that says he couldn't.

21       Q    Let's just talk about what he is

22   saying.

23       A    Okay.

24       Q    You have just agreed with me that the

1    rectangular flap is larger than the cylindrical

2    duct?

3         A     Correct.

4         Q     Now, if it is larger than the

5    cylindrical duct and it's being propped open, he says

6    he sees a pile of dust?

7         A     True.

8         Q     How is it that he sees beyond the dust?

9    I just don't understand how you're seeing through it.

10        A     Again, it would depend on the geometry

11   of the dust itself.  You could have a pile of dust

12   there that was not a nice, flat accumulation.  You

13   could have had the dust, like I said, with one side

14   within the confines of the arrester.  One side of it

15   could have been three inches higher than the other

16   side.

17             There isn't any guarantee that it's

18   going to fall in the same spot, especially when you

19   have all that air moving through there.  How do you

20   know.  The man said he could see past it.  He

21   described what it looked like past it.  That sounds

22   pretty good to me, sir.

23        Q     So you're saying that if there is a

24   partial build-up on one side of the cylindrical duct,

1   provided adequate data in the data research part of

2   the scientific method to formulate the hypothesis

3   that this fire started outside.

4        Q       Okay.  Let's talk about the first one.

5        A       Okay.

6        Q       And that's the one where you say the

7   ductwork, had the initial explosion occurred within

8   the ductwork, you believe the ductwork would have

9   been substantially deformed or words to that effect;

10  is that right?

11       A       It would have been different than it

12  was.

13       Q       Okay.  It would have been blown up?

14       A       It would have been different.  I have

15  seen over-pressurizations many times.  And I have

16  read the other expert reports, etcetera.  And I

17  believe had this explosion occurred inside the

18  ductwork -- now, keep in mind, this has got to be an

19  explosion of sufficient intensity to provide the

20  blinding light that you saw on that video camera at

21  the initiation that the defense experts are saying

22  was occurring in the building which, by the way,

23  nobody in the building noticed.  That's okay.

24              If it had occurred, that kind of force

```
 1   is?

 2          A       Correct.

 3          Q       Meaning that there is no confinement?

 4          A       Meaning that there is no confinement at

 5   that location.  But if you go down farther, the

 6   presence of that -- and there is no doubt there was

 7   an energy released that way.

 8          Q       And fire chases fuel, correct?

 9          A       Fire moves with the fuel.

10          Q       And air?

11          A       It moves with the fuel.  It has to feed

12   on fuel.

13          Q       So if you don't have all five elements

14   of the dust cloud explosion pentagon, you could have

15   an ignition and/or a flame inside the ductwork.

16   Isn't that right?

17          A       Well, the difference between what we

18   casually refer to as a fire and what we refer to as

19   an explosion, the only difference is the speed

20   associated with the two.  Fire and explosions have

21   virtually the same general definition.  It's rapid

22   oxidation with the admission of light and heat.

23   That's what an explosion is.  That's also what a fire

24   is.  Only with a fire it's a slower oxidation
```

1    process.

2         Q      So you're saying there could not have

3    been a fire that started in the ductwork?

4         A      There could not have been a fire that

5    gave us that flash of light that blinded out that

6    camera originating in that ductwork with Hodges

7    standing there keeping his head on his head, on his

8    shoulders.

9         Q      So it's the video evidence that you are

10   saying is the key?

11        A      As I been telling you since we sat

12   down, sir.  It's all of the data put together,

13   carefully analyzed, all of the data studied to arrive

14   at a hypothesis and then checking of the hypothesis

15   against all of the data.

16        Q      But all you're telling me is that it's

17   the video equipment?

18        A      Well, then there is a piece of data

19   that contradicts what you're saying.  That means you

20   cannot have that hypothesis, because it don't work.

21   There is contradictory evidence to eliminate that

22   hypothesis.  You're back to square one.

23               Now, when you go back to square one you

24   analyze the data again and come up with one that does

1      Q      Got it.

2      A      That's where the utilization of

3   fluorinated hydrocarbons entered into the equation

4   years ago.  It's no longer the triangle that we used

5   to teach the kids at school.  It's a tetrahedron

6   now.

7      Q      Okay.  But the difference between those

8   two, you have all the elements needed for a fire in

9   the ductwork itself, correct?

10     A      You did, yes, sir.

11     Q      You just don't have the confinement

12  necessary for an explosion, correct?

13     A      Like I said, depends on how far

14  downstream you are.  Because you're talking about a

15  relatively small space.  It's only 14 inches in

16  diameter, but there was an open-ended ductwork;

17  otherwise, Mr. Hodges isn't vacuuming.

18     Q      And you agree that there was a

19  potential ignition source?  I think we have described

20  it before, but static electricity was a potential

21  ignition source in the ducts?

22     A      Static electricity is a potential

23  ignition source, yes, sir.

24     Q      And it was that day?

1    into the equation.  Now you got the materials in

2    motion again in the bag house, clearly demonstrated

3    by the fact that we had a pretty big explosion there.

4    And the only difference is the bag house isn't

5    running.

6              The reason that it didn't blow up on

7    Christmas Eve is because the bag house was not shut

8    down and the particulate put in motion.  That

9    happened on New Year's Eve, and that's why the

10   explosion occurred that day.

11        Q    I'm not sure I understand you.  Are you

12   saying that at any point in which the bag house was

13   shut down, that would have resulted in explosion?

14        A    No, I'm saying that at any point that

15   the bag house was shut down, the particulate came to

16   rest.  The bag house operation, exhaust, movement of

17   air situation, was not operational.  So the

18   particulate settles.  No reason for it to move

19   around.

20              Consequently, you don't have the five

21   points that we have been talking about.  You could

22   never get the explosion in there.  But when you shut

23   it down and you don't have the exhaust going on and

24   you create the particulate movement because of the

1    vacuuming operation, that's when you get the

2    explosion, and that's exactly what happened here.

3          Q     So you're saying if the exhaust flow

4    had not been closed, it wouldn't have happened?

5          A     That's correct.  I don't believe it

6    would have, sir.  Of course, if the exhaust flow, if

7    the bag house was running, you wouldn't have a ten

8    foot section of pipe out either and there wouldn't

9    have been anybody vacuuming anything.

10               But the fact is that if you looked at

11   the equation of what was different on New Year's Eve

12   than Christmas Eve, you had the bag house shut down

13   and you got a stirring of the particulate.  And

14   that's the only time that that happened, and that's

15   when the explosion occurred.

16         Q     So you think that the vacuum was

17   pulling dust up from the bag house?

18         A     No, I think that the vacuum activity

19   was creating air movement in the bag house that set

20   the particulate in motion.  If there was no

21   particulate in motion, you don't have an explosion of

22   that bag house.  And I don't think anybody is going

23   to come in her and say the bag house didn't explode.

24               So we know there was particulate,

1    buoyant, airborne particulate within the bag house.

2    And with it shut down, the only way it could occur is

3    the activity of the suction mechanism.

4         Q       So do you believe this was, you don't

5    think this was an ignition of hydrogen gas within the

6    bag house?

7         A       I'm not a chemist.  And I can't define

8    or I don't have the experiential background nor the

9    education to deal with the specific chemical

10   properties of an exothermic event.  I'm a fire

11   expert.  I know what exothermic is.  I know what heat

12   producing is, but I don't --

13              I'm not going to sit here and try to

14   tell you exactly what element is being released in

15   what quantity at what moment in time during an

16   exothermic event.  I think that would be a good

17   question for a chemical engineer, sir.

18        Q       When you say there is an exothermic

19   reaction and that one of the causes of that would

20   have been condensation --

21        A       In order for the exothermic reaction to

22   occur, as I understand from reading about these

23   things, you need the aluminum fines and/or powder and

24   water.  It's that mixture that creates the exothermic

```
 1    so, no.

 2             Q       Have you gone back and re-evaluated

 3    your opinions and conclusions after reading Roby's

 4    report?

 5             A       Certainly.

 6             Q       And what have you --

 7             A       And reading all the other reports.

 8             Q       And what have you --

 9             A       I have read all of them.

10             Q       And if you wouldn't interrupt, that

11    would help with the transcript.  But what have you

12    concluded after re-reviewing your opinions and

13    conclusions?

14             A       Having read their opinions and

15    reviewing mine, I saw no need to change.  I saw

16    nothing in their reports that would make me want to

17    alter my opinions whatsoever.

18             Q       Did you test in any way including

19    thought experiments, the possibilities outlined in

20    any of those reports?

21             A       I looked at all of the reports.  I

22    didn't try to out think or try to make sense out of

23    the other reports.  Like I said, initially every

24    report generated for the three defendants accepted as
```

1    a premise, without evidence, that Mr. Edwards'

2    testimony should be nit-picked speculatively and use

3    the parts you like and take away the parts you don't

4    like.

5              I don't think you could do that.  Every

6    one of them based their opinion that the fire started

7    inside the ductwork inside the building by

8    eliminating what Mr. Edwards said.

9        Q    You mean Mr. Hodges?

10       A    Because if he isn't lying or he isn't

11   grossly mistaken, they can't be right.  And they

12   offered no evidence to support that, sir.

13       Q    And just for the record, you said

14   Mr. Edwards.  Did you mean Mr. Hodges?

15       A    Mr. Hodges.  Yes, sir.  I'm sorry.

16       Q    So do you think that Roby's report goes

17   against NFPA 921 then?

18       A    Yes, sir, I do.

19       Q    And that's for the reason that you just

20   stated that he's --

21       A    Oh, for multiple reasons.  I think

22   there were inaccuracies in a couple of spots.  Yeah,

23   I think anybody that just eliminates without evidence

24   part of the database is not following the scientific

1    method, sir.

2            Q       Do you think the clothing that the

3    workers were wearing played a role in the incident?

4            A       The origin and cause of this fire, no,

5    sir, I do not.  And that's the only role I was

6    playing.

7            Q       How have you tested your hypothesis

8    that enough water or enough condensate accumulated to

9    cause this explosion?

10           A       I didn't say that that specifically did

11   cause the explosion.  I said it's a possibility.

12           Q       But that's your opinion is that that's

13   what happened, right?

14           A       It's my opinion that that's a

15   possibility.  It's also my opinion that I have

16   expressed several times today that these events occur

17   in bag houses and the initiating mechanisms, the

18   initial mechanism the vast majority of time is never

19   identified.

20                   So I was giving you a phenomenon that I

21   know exists in nature that is supported by the

22   testimony of all of the reports generated by the

23   other experts.  They all know that water, aluminum

24   fines, exothermic reaction, that's fact.  All I'm

1    saying is that this is a fact.  I believe condensate

2    was present in the bag house because of the

3    temperature differential, etcetera.  And it's a fact

4    that this combination can lead to enough heat to

5    cause an explosion.

6              I was giving an explanation for

7    something other than the activities of the gentleman

8    doing the vacuuming and the static incidence that he

9    was being exposed to.  I was offering another, I mean

10   here's another possibility.  That's all.  Recognizing

11   that more times than not, you're never going to know

12   what happened in a bag house explosion.

13        Q     Do you think it's a more likely

14   possibility?

15        A     No, I don't know that it was more

16   likely or less likely.  I know that the bag house

17   blew up.  And I know that historically the initiating

18   mechanism for these explosions is undetermined.

19        Q     Do you have a copy of Roby's report

20   with you?

21        A     Yeah, I do.

22        Q     Would you grab that for us please?

23        A     Sure.  I think his report was included

24   in all of the expert disclosures.  Should be in that

1    building.  I disagree with that.  I think I made that

2    pretty clear all day.  I disagree with his analysis

3    of the video, intimating that in his opinion the

4    video shows the explosion being inside the building

5    as opposed to outside.  I disagree with that.

6              I disagree with his dew point analysis

7    with regard to the moisture accumulation, etcetera,

8    in that Rick used ambient inside temperature, ambient

9    outside temperature.  I don't believe for a minute

10   that the temperature inside of that bag house was the

11   same as the air outside of the bag house, especially

12   if it was covered with snow as the ground was in the

13   photographs that we saw.

14             That would be almost like saying the

15   temperature outside your refrigerator is about the

16   same as it is inside, which is nonsense.  I don't

17   think using the ambient air temperature was the

18   accurate way to do it.  And that's what he did.

19   Those things come to mind.  There were probably some

20   others but, you know.

21             Oh, yeah, the data regarding the

22   position of the ductwork being indicative of an

23   explosion inside the building, and he based that on

24   the movement from perpendicular with two of the

1   supports on the ductwork.  I don't think that has any

2   validity at all.  I mean that ductwork was attached

3   to a bag house that exploded and moved away from the

4   building, took the wall through which that ductwork

5   ran with it.  And you don't think that ductwork is

6   going to move towards that wall?  Certainly it is.

7   He is saying this is an indication of explosion

8   inside the building.  I think that's wrong.

9        Q     But that's just because the two of you

10   disagree about where the explosion started, right?

11        A     No, that's because I know the ductwork

12   moved towards the exterior because of the movement of

13   the ductwork as a result of the explosion in the bag

14   house.  So when Rick Roby got there and took these

15   pictures of the ductwork supports that were off

16   vertical and leaning towards the exterior wall, you

17   know, to say that that was an indicator that the

18   explosion occurred inside the building I believe is

19   wrong, and I disagree with his opinion.

20        Q     And, again, if let's assume for a

21   second the explosion starts in the duct where the

22   vacuum hose is, then this would be consistent with

23   that explosion or with that scenario?

24        A     No, it wouldn't.

1        A       I think in the first photo, the top

2    left photo on page 13 of Combustion Science's Report,

3    I think that first photo shows a diagonal shadow on

4    the wall coming off of that trash can from light

5    coming from the left in the left of that photo, which

6    would be the general direction to where the vacuuming

7    operation was taking place.

8                I think if you look at the second photo

9    on the top, or even more clearly the bottom photo.

10   Now, theoretically, according to Rick Roby, you have

11   got an introduction of a blast of light from that

12   same direction, and the shadow on the wall

13   disappears.  The only shadow you see is at the floor

14   level in what appears to be a straight line coming

15   from the bottom of that trash can.

16                I think that's that bottom stile that

17   you see on the door right where the kick plate would

18   be.  You see that?  Where the glass stops before it

19   reaches the floor, there is a six-inch stile or base

20   of the door.  I think that's making that straight

21   line shadow there with the light coming from the

22   exterior.

23       Q       You think that the six-inch border --

24                MR. MORRIS:  Kick plate.

1    BY MR. SULLIVAN:

2         Q      Kick plate is what causes the shadow

3    that you see in the bottom picture on page 13?

4         A       On the floor, yes, sir.   And that

5    straight line that it's on.   I think that's

6    consistent with the straight, linear dimension of the

7    base of the door and with the light being outside the

8    door, filling the door with light except the bottom

9    six inches, which leave that shadow there.

10                I think that's what happened there.

11   And I think it's unmistakable that the shadow on the

12   wall being caused by the light to the left of the

13   trash can disappeared.   It should have gotten more

14   pronounced if there is more light from the left, and

15   it completely disappeared.   Didn't happen inside,

16   sir.   It was outside.

17        Q      If the explosion were up at the light

18   source, lit up the entire room from above, don't you

19   think that would cause the shadow or could cause the

20   shadow to decrease on the upper right side?

21        A      Not as long as it was coming from the

22   same direction, sir.

23        Q      It wasn't necessarily.

24        A      Oh, you're saying that whatever this

1    fire that didn't have an explosion in the ductwork

2    coming out the end of the ductwork illuminated that

3    entire plant to look like photo number two in the

4    upper right corner of page 13?  And nobody in the

5    building noticed that?

6           Q       Do you have any testimony from people

7    that they didn't notice it?

8           A       That's exactly right, sir.  There is no

9    testimony that that ever occurred from any of the

10   people that were in that building.

11          Q       And there is no testimony that it

12   didn't occur?

13          A       I don't --

14          Q       Do you have any testimony that it

15   didn't occur?

16          A       I believe that it didn't occur.  I've

17   read all the testimony of the people that were there,

18   and nobody described this, not one.  And keep in mind

19   too, sir, that the 14-inch duct that we are talking

20   about with the fire in it is facing away from this

21   wall, correct?

22                  It's running perpendicular to this wall

23   and away where the opening is.  That ductwork would

24   have been like a big flashlight projecting the light

1    certainly a possibility.

2        Q      All right.  So is the exothermic

3    combustion the only possible ignition source that you

4    considered in developing your opinion?

5        A      No, I just talked about potential of

6    creating static with the movement of the particulate

7    within the bag house itself, or whatever else causes

8    these incidents that the NFPA says the ignition

9    mechanism is unidentifiable.

10       Q      All right.  Would you consider it a

11   possibility that the ignition source for the bag

12   house explosion was the electrostatic charge given

13   off by the plaintiff's using the vacuum in the

14   ductwork?

15       A      I am not at a static electricity

16   expert.  I, frankly, don't know exactly the distance

17   of travel we are talking about here or whether or not

18   it could have done that, sir.  I'm sure that one of

19   the engineers could explain that much better than I

20   could.  I, frankly, don't know if you could run a

21   static spark that long.  I really don't know.

22       Q      All right.  Is the possibility of the

23   electric sparks generated at the end of the vacuum

24   mechanism causing the bag house explosion, is that a

1    possibility that you considered at all?

2         A     It's something that I considered but

3    I'm not an electrostatic expert.  Is it possible?  It

4    may very well be possible, sir.

5         Q     So you did not do not do any studies

6    about the electrostatic properties of aluminum dust

7    in PVC pipe?

8         A     Well, we are talking about a lot more

9    than PVC pipe.  We're talking about from the PVC pipe

10   to the bag house.  You're talking about 30 feet or so

11   of steel conduit.

12        Q     What I'm talking about is in terms of

13   the ignition source, the electrostatic properties of

14   aluminum dust being sucked in through the end of a

15   PVC pipe?

16        A     Sure.  That could create a static

17   spark, and a static spark could ignite this

18   particulate.

19        Q     All right.  Is it possible then that

20   that was the ignition source that ran down the length

21   through the open damper into the bag house and caused

22   the explosion?

23        A     That that was the, that's where the

24   fire started and it ran that way?

1    bag house provided, again, that we are using your

2    hypothesis and we're extracting the key piece of data

3    that he was standing there watching it.

4           Q      All right.  Now, you didn't attempt to

5    recreate the conditions as viewed by Mr. Hodges to

6    confirm or refute his testimony, did you?

7           A      I don't know what you mean.  I looked

8    down the pipe if that's what you mean. I saw that.

9           Q      In other words, were you able to piece

10   together the ductwork with the damper to determine

11   whether or not it would be possible to see past the

12   flap in that back draft damper?  You didn't do that?

13          A      I didn't reassemble the ductwork, but I

14   lifted the flap that was still with the back draft

15   preventer or whatever they call it and you could have

16   seen through there.  With that thing open you could

17   see through it.  That's how the air got through it.

18          Q      When it was opened you could see

19   through it?

20          A      Sure.  And if it was being held open,

21   you could see through it.

22          Q      All right.  But if it was closed, you

23   couldn't see through it?

24          A      That's obvious.

1      A      That's what he testified to, sir.

2      Q      Did you do any studies to determine how

3   far it would have to be propped open, at what angle

4   it would have to be propped open for him to see past

5   it all the way down to where the ductwork took a

6   right turn as he testified?

7      A      I think if you just lifted it up to the

8   point where it was above the opening of the 14-inch

9   cylindrical ductwork, if you just lifted it past

10   that, and you were looking at the bottom of the

11   ductwork, you're standing on a scissor lift, you're

12   looking at the bottom.  You could see to eternity.

13   Of course, you could.

14      Q      For Hodges' testimony to make sense the

15   material in the bottom of that ductwork would have to

16   be unevenly distributed; would it not?

17      A      If it was -- it would have to be in a

18   configuration that he was able to see past it.  And

19   that, sir, is what he testified to.

20      Q      Now, you didn't try to do any studies

21   to determine how much material could have been in it

22   to allow him to see past it or not?  You're taking

23   his testimony at face value as well; are you not?

24      A      I'm taking the man's testimony that he

```
 1    could see past it because that's what he said and

 2    that there was accumulated dust, yeah, debris or dust

 3    in the device, that it was in all the other piping,

 4    which is why LCM was there in the first place.  Yeah,

 5    I think he was right.

 6         Q     So you're taking his testimony at face

 7    value without doing any studies or analysis or

 8    testing to determine it's validity?

 9         A     There is no study possible to try to

10    duplicate what was going on there.  I didn't --

11         Q     He could have taken --

12               MR. BROWN:  Let him answer.

13               THE WITNESS:  I read six reports that

14          came from the defendants.  I didn't read any

15          of them doing any study of the depth of the

16          stuff.  You could never know that, sir.

17               You can't do a study about something

18          for which you don't have the parameters for

19          the study.  You can't do it.  And nobody did

20          that, sir, not me or anybody else.

21

22    BY MR. HUDGINS:

23         Q     Well, I'm just talking about you today.

24         A     I'm telling you I read all the reports.
```

1    They didn't do it.

2         Q     You didn't try to go out there and

3    confirm whether Hodges' testimony is reliable by

4    playing with the angle of the flap or seeing how high

5    it had to be cocked up in order to see past it?  You

6    accepted what he said at face value?

7         A     No.  I didn't attempt to measure an

8    exact angle based on his testimony.  I went out there

9    and I looked at that thing.  And I lifted up the flap

10   and the flap lifted up.  And you could open it and

11   you could see through that whole 14-inch opening if

12   you held the flap high enough.

13              I didn't try to create an uncreatable

14   evidentiary material with regard to the actual

15   configuration of the pile of fines or the actual

16   depth, etcetera.  But I certainly proved that you can

17   lift up that flap and look through that duct.  And

18   anybody can do that and that's what he said he did.

19        Q     Now, you have been around fire issues

20   for your whole career?

21        A     Long time, sir.

22        Q     You understand fire properties, fire

23   propagation as much as anybody I have talked to

24   recently, and so let me ask you this.  If Hodges'

1   testimony is to be believed that he could see all the

2   way through that back flow damper, all the way along

3   the pipe as it traveled outside of the building and

4   then took a right turn, and that he saw a fire ball,

5   he saw a fire ball turn the corner, wouldn't he have

6   had enough time to get his face out of the way?

7        A     Without misstating what he said, I

8   don't remember him saying the fire ball turned the

9   corner.  I remember him saying it emanated from

10  beyond the dust collector or the flash preventer or

11  whatever.  I know that that was outside the building.

12  He was already looking outside the building when he

13  saw that.

14       Q     How far is that?  Do you know how many

15  feet that was from where --

16       A     When I saw it, it was laying on the

17  ground and the hole was up there.  I don't know

18  exactly.

19       Q     Talking 40, 50 feet?  How far?  Where

20  they were on the scissor lift looking into the open

21  end of that pipe, let's just start with how far away

22  was the backflash damper?  How many feet away?

23       A     It was a couple feet outside the

24  building and it was maybe, I don't remember whether

1        A      I don't know.  I was looking at it on a

2    computer.  Looked like it was continuous to me.

3        Q      Okay.  So you don't have an opinion as

4    to how fast the fire ball might have been traveling

5    along the --

6        A      I think there is too many variables or

7    that would have been calculated, sir, and nobody

8    calculated that, including the engineers that were

9    making that study.

10       Q      I'm going to jump back again to this

11   whole idea of exothermic reaction.

12       A      Uh-huh.

13       Q      You don't have an opinion as to whether

14   it was the material that ignited, that may have

15   ignited, or hydrogen gas that was given off as an

16   exothermic bi-product?

17       A      That's probably true.  The hydrogen gas

18   is given off during the oxidation process.  And I

19   think that that's what makes it an exothermic

20   reaction.  I know for a fact that solids and liquid

21   don't burn.  The only thing in nature that burns is a

22   gas.  All fire is gas.

23       Q      You have got aluminum dust --

24              MR. BROWN:  He has not finished his

1     sir, I would have to look it up.  I don't have all

2     those numbers memorized.

3          Q     I'm sorry.  Didn't mean to interrupt.

4          A     That's all right, sir.

5          Q     You would agree with me that in order

6     for there to be self-combustion of this aluminum in

7     its reaction with H20, that it would have to reach a

8     certain specific temperature to ignite?

9          A     I think you're saying two things sir.

10    You're saying self-combustion of the material that is

11    creating the exothermic heat.

12         Q     Yes.

13         A     But I think what we are saying occurs

14    in an explosion scenario like when the dust house

15    blows up, it's the heat being generated by the

16    exothermic activity reaches a point where it could

17    ignite the cloud that is circulating within the

18    device itself and that's what happened here.

19         Q     You haven't done a study that involves

20    a specific temperature for this particular bag house,

21    have you?

22         A     I have not, sir, no.

23         Q     Do you know what temperature hydrogen

24    has to obtain before it combusts, hydrogen gas?

```
1          A      The ignition temperature of hydrogen

2     gas?  Again, sir, I'm sure I have seen it a million

3     times, but I would have the look it up.  I don't have

4     those things committed to memory, sir.

5          Q      All right.  And so your opinion that

6     it's possible that there was an exothermic reaction

7     is based upon some literature that you have read but

8     primarily on the testimony of Hodges and the

9     videos?

10         A      No.  My understanding of the fact that

11    exothermic reactions occur between aluminum fines and

12    water.  That's a fact.  I don't need to depend on

13    anybody's testimony or any video.  That's a fact.

14                Now, where or how that occurred within

15    the bag house if that was, in fact, the ignition

16    scenario, I don't think anybody will ever know.

17    There was nobody in there to see it or to monitor

18    it.

19         Q      Have you ever been present during a

20    demonstration of a exothermic reaction between

21    moisture and aluminum that resulted in a fire or an

22    ignition?

23         A      I've never conducted a test personally

24    that saw that happen.  I have seen it done, but I was
```

1    not moving.  And that's why in the first sentence of

2    five I say, "The bag house shut down during the duct

3    cleaning evolution was a substantial contributor."

4        Q        I understand.

5        A        And I believe it was.

6        Q        I understand that.  I'm just trying to

7    clarify that it's not the mere shutting down of the

8    bag house that creates that environment; it's the

9    shutting down of the bag house and the other elements

10   that you have pointed to?

11       A        That's correct, sir.

12       Q        Okay.  And when you referred to in

13   paragraph six you say that, and you're referring to

14   again, NFPA 651 and 484, "...indicate that a mixture

15   of aluminum dust and water leads to an exothermic or

16   a heat producing reaction which can, under ideal

17   circumstances lead to fire and/or explosive

18   incident."

19       A        Sure.

20       Q        What are the ideal circumstances?

21       A        It depends on the event, sir.  The

22   ideal circumstances in a beaker might be a quarter of

23   a drop of water and a quarter of a drop of dust in

24   some factory somewhere.  It would be substantial

1    different quantities.  But in order for an explosion

2    and/or a fire to occur, as I explained under

3    Mr. Sullivan's questioning, the LEL, UEL, that narrow

4    range must be met and the ignition has to occur at

5    that time.

6         Q      Okay.  But as you sit her here now,

7    within your opinions you can't say what the ideal

8    circumstances are for the Dustex bag house and the

9    aluminum dust particulates that were present in it on

10   December 31, 2010; is that correct?

11        A      Other than to say that it was reached

12   and an explosion occurred, sir, that's correct,

13   sir.

14        Q      And in part that's what we talked about

15   confirmational bias is because an explosion occurred,

16   then you're saying those conditions must have been

17   met in this case?

18        A      Absolutely.

19        Q      And, again, and I think Mr. Hudgins

20   asked you about this.  You can't offer an opinion as

21   to what the critical amount of aluminum dust would be

22   to create the exothermic reaction leading to ignition

23   in this case, correct?

24        A      I think all aluminum dust, as I told

1   the other gentlemen, it all leads to an exothermic

2   reaction.  It depends, again, on the size of the

3   cloud, the particulate, the size of the particles,

4   all of the things that were read through in the five

5   point process and how much heat is going to be

6   necessary to ignite that.

7          Q     And the ignition point --

8          A     And we can't guess that, and that's

9   what I would be doing.  I won't do that, sir.

10         Q     And maybe my question wasn't clear, but

11  that's what I was getting to.  You can't sit here and

12  tell us you would need this amount of water, this

13  amount of dust to create an exothermic reaction that

14  would have to occur for this period of time to get to

15  a heat level that would ignite the particulates that

16  were stirred up from the vacuuming procedure?

17         A     That's correct.

18         Q     You can't do that?

19         A     That's right.  I cannot.

20         Q     The conditions you referred to in terms

21  of the condensation occurring?

22         A     Yes.

23         Q     And you said that only the ambient

24  temperature was referred to for the outside of the

1    bag house and --

2            A       In Mr. Roby's analysis, that's

3    correct.

4            Q       Okay.  But do you know how long the bag

5    house had been shut down for prior to the arrival of

6    the plaintiffs in this case?

7            A       No.  As a matter of fact, I tried to

8    resolve that issue.  Mr. Collins told me that it was

9    operating, the machine that was being serviced by

10   that bag house, was operating on the 30th.  It was

11   shut down on the 30th so that a section of pipe could

12   be removed and an analysis of the severity of the

13   dust accumulation would be made.

14              He does not remember whether or not

15   after they replaced the duct, which they did, it was

16   turned back on.  He knows when he got there Friday

17   morning, on the 31st, he knows that it was not

18   running.  The machine was not running and the bag

19   house was not operating.  And that was at 8:30 or

20   about 8:30, so that's the window we have.

21              If I go to one of the defendant's

22   expert reports, one of them has them shutting, he

23   says that the thing was shut down on November 30,

24   which I'm sure was a typo and it should have been

1   December 30.  But he gave me a 30-day window.  Rick

2   Roby I think gave me a ten to 11-hour window.

3           And I don't know where he got his

4   factual data with regard to the actual shut down

5   time.  Because based on the folks that I have talked

6   to and what I have read, sir, it was shut down on the

7   30th and it was not running at 8:30 on the 31st.  But

8   whether or not it was re-energized in that window of

9   opportunity, sir, I have no idea.

10      Q     Would that in any way be significant to

11  your determination as to the conditions necessary for

12  the exothermic reaction?

13      A     I don't think so.  I think that the

14  potential for exothermic accumulation is there any

15  time the bag house is running.

16      Q     Running or shut down?

17      A     I think when it's running.

18      Q     Okay.  All right.  Because that's the

19  warm air when it's colder outside than it is

20  inside?

21      A     Right.  Warm air and you're going to

22  get the humidity differential, etcetera.  And like I

23  said too, the exact circumstances in that bag house

24  we will never know and nobody will be able to

1    positively extrapolate if that was even the ignition

2    mechanism.

3               And like I keep saying, the NFPA makes

4    it crystal clear the vast majority of the times these

5    explosions occur, the ignition mechanism is never

6    identified, and that's in both 651 and 484.

7         Q     But in terms of your explanation that

8    it's the condensation as a result of the outside

9    temperature or the ambient temperature and the inside

10   temperature of the bag house being the cause of the

11   condensation to create the water for the exothermic

12   reaction, is that correct so far?

13        A     That's a possibility.  That's how

14   condensate occurs.  When nature is seeking thermal

15   equilibrium, it occurs.  And when it occurs in this

16   environment with fines or aluminum, aluminum dust,

17   the potential for exothermic heat production is very

18   real.  And that's all I was saying in my report.

19        Q     And I understand that.  What I want to

20   find out is, is there any other source of water to

21   create that reaction that you were able to find as a

22   result of your investigation?

23        A     You know, I'm not a meteorologist but I

24   would imagine that the moisture content of the air

1    within the building being drawn into the bag house

2    may have contributed to some extent.  But I'm not

3    sure how much or if, to tell you the truth.

4         Q       From where?

5         A       The air from inside the building.

6         Q       And did you do anything to test the air

7    inside of the building to determine its moisture

8    level or relative humidity?

9         A       I would have had to do it at 9:30 a.m.

10   on the 31st of December and, sir, I wasn't there.

11   Because every second thereafter it changed.

12        Q       We discussed before too, and I think

13   you agreed, that one of the bi-products of the

14   exothermic reaction of the aluminum water is hydrogen

15   gas?

16        A       Correct.

17        Q       Is the ignition point for hydrogen gas

18   different from the ignition point for aluminum dust

19   and aluminum dust cloud?

20        A       Again, the dust, the aluminum fines

21   don't burn.  It's only the gas that burns, sir.

22   Solids and liquids don't burn.

23        Q       So the only thing that's burning is the

24   hydrogen gas that's produced from this?

1      A      Whatever gases are being produced.  I

2    don't know if it's exclusively hydrogen.  There might

3    be other products being generated also, sir.

4      Q      So when you referred to the dust cloud

5    as a fuel source --

6      A      Yeah.

7      Q      -- what's burning?  If dust is

8    particulate, which is a solid?

9      A      Right.

10     Q      Okay.  So that's, what, how does that

11   reaction occur?  How does the ignition of that

12   occur?

13     A      The finer the particulate, the easier

14   to ignite.  You could take a, if there was a block of

15   aluminum here, I could give you my Bic lighter and

16   you could stand there until you're blue in the face,

17   and you would have a very difficult time getting it

18   to melt.

19            And I could take a little pen knife and

20   scrape a tiny, little piece of aluminum and hand you

21   that same Bic lighter and it will burn as soon as you

22   touch it.  Mass of the fuel dictates a lot to

23   combustibility.  That's why the movement of the

24   cloud, the creation of the cloud, etcetera, that's

1    all a contributor in the severity of the event.  And

2    that's, the same thing is true with natural gas

3    explosions, propane explosions.

4         Q     So that's the fuel portion of the

5    explosion?

6         A     Yes, sir.

7         Q     And what you're saying is that the

8    vacuuming increased the fuel for whatever ignition

9    occurred?

10        A     I think the vacuuming process created

11   the fuel.  It may be that the fines become buoyant

12   and the cloud to occur within the bag house;

13   otherwise, there can't be an explosion.

14        Q     And that would occur within the

15   ductwork too where they are working?  It would create

16   some type of dust cloud from stirring up the

17   vacuuming?

18        A     Yeah.

19        Q     And I know you have already

20   acknowledged that, yes, the conditions necessary for

21   a fire or explosion were present in the ductwork?

22        A     Correct.

23        Q     Okay.  The hydrogen gas part though, if

24   that's created in the bag house and the vacuum is

1    running, and it may be pulling a small amount of air,

2    would that hydrogen gas also come back through the

3    ductwork somehow?  Would that be present in the

4    ductwork between the bag house and where the

5    vacuuming is taking place?

6            A      I guess it would depend on the ability

7    of a four-inch diameter device to evacuate all of the

8    space, the air space in an 18-inch diameter device

9    over a period of feet and then go into a huge device.

10   Remember we're only using that PVC, that's all we

11   got.

12           Q      I understand.

13           A      I didn't do a calculation.  I don't

14   know if anybody ever could.

15           Q      Let me ask it --

16           A      But it doesn't seem logical to me.

17           Q      All right.  Let me ask it a different

18   way.  You said before that there would always be air

19   flow of some type going from the building out to the

20   bag house, regardless of whether or not the bag house

21   was operating, correct?

22           A      Yeah.

23           Q      And even with the back draft damper

24   with that flap closed, you said that there would

1    still be some air flow that would go through?

2         A      Whatever air flow was there some would

3    about by.  That flapper wasn't intended to

4    hermetically seal the pipe.  It was intended to stop

5    something from going back through the preventive

6    mechanism and into the extended ductwork beyond the

7    mechanism.

8         Q      The air or dust from the bag house?

9         A      Whatever, yes, sir.

10        Q      All right.  Well, with that being said

11   then, not hermetically sealed, and you said there's

12   air flow going in that direction, would there be any

13   air flow coming back from the bag house that would

14   contain this hydrogen gas that was created by the

15   exothermic reaction?

16        A      You're talking about when the bag house

17   is shut down?

18        Q      Well, clearly when it's shut down

19   because otherwise all the --

20        A      The air is going the other way.

21        Q      Yes.

22        A      I wouldn't think so.  I mean you would

23   have to have a awful lot of hydrogen gas accumulated

24   there to get it up through that ductwork and past it.

1   Ask Rick Roby that one.  When you get Roby here, ask

2   him that one.  I'm sure Rick will have an answer for

3   you on that.

4          Q      Okay.  With respect to that exothermic

5   reaction, heat being generated, do you know how long

6   it would take for that reaction to reach a

7   temperature that you believe would be sufficient to

8   ignite the aluminum dust cloud or the hydrogen?

9          A      I read the documents that were

10  supplied, the 50 hours that was a number that

11  somebody suggested, without intimating to my

12  satisfaction when that 50 our clock started ticking.

13  But I remember reading the 50-hour indicator.

14               I think that the rapidity with which

15  the exothermic reaction would achieve any given

16  temperature would be dictated by the amount of

17  material being exposed to the water and that's the

18  sole dictator.

19               Like if you have got a ounce of

20  material reacting exothermically as a result of

21  moisture and contamination, you would get X heat.  If

22  you had a ton of that material acting with the water,

23  you're going to get Y heat.  And Y heat is going to

24  be a lot more than X heat.  So it's going to be

1    dictated by the quantity of material, the quantity of

2    water, etcetera.

3         Q     Right.

4         A     I don't think you can necessarily put a

5    stopwatch on it, unless you were doing it with a

6    given quantity.  You said I'm going to take a pound

7    and I'm going to put a thermal couple in there and

8    see how long it takes one pound of contaminated

9    material to exothermically reach X temperature.

10   That's easy to do.  Anybody can do that.

11        Q     Those are all the unknown factors we

12   have here.  We don't know the composition of the dust

13   that was present?

14        A     Correct.

15        Q     To the extent that it was just pure

16   aluminum dust or other materials that were combined,

17   which would affect that reaction rate, correct?

18        A     Oh, sure.

19        Q     Okay.  The amount of that material

20   would be a factor that we don't know that would

21   affect the rate of reaction, correct?

22        A     Correct.

23        Q     The amount of water, whether it's

24   condensation or whether you pour a pitcher of water